UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA PORTNOY and SERGEI PORTNOY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES DEMORE, et al.,<br><br>    Defendants. | No. 2:23-cv-02485 KJM-SCR<br><br>ORDER |

On February 26, 2025, the magistrate judge filed findings and recommendations, which were served on plaintiffs, who are proceeding pro se, and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 19. Plaintiffs have filed objections to the findings and recommendations. ECF No. 20.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed February 26, 20253, are adopted in full;

    2. The motion to void prior judgments (ECF No. 5) is DENIED;

    3. The motions for default judgment (ECF Nos. 9, 12 & 15) are DENIED;

    4. The first amended complaint is DISMISSED WITHOUT LEAVE TO AMEND; and

1

5. The clerk of court is directed to CLOSE the case.

DATED: March 24, 2025.

_____
UNITED STATES DISTRICT JUDGE